**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Angelo GALLOWAY, a/k/a Gelo,
Defendant–Appellant.**

No. 13–7669.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

Angelo Galloway, Appellant Pro Se. Laura Marie Everhart, Benjamin L. Hatch, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway seeks to appeal the district court's text order denying his motion for grand jury transcripts in his 28 U.S.C.A. § 2255 (West Supp.2013) proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Galloway seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*